UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                   CASE NO. 1:05-CR-189

v.

                                   HON. ROBERT HOLMES BELL

AMSIE DESHON WRIGHT,

       Defendant.

_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #27). Based on a review of Defendant's motion, the Sentence Modification Report, submission by defense counsel, and the original criminal file, the Court has determined that the motion should be denied as follows:

Defendant was sentenced on Counts 1 and 2 of an Information charging Possession with Intent to Distribute 5 Grams or More of Cocaine Base in violation of 21 U.S.C. §841(a)(1) and (b)(1)(B), and being a Felon in Possession of a Firearm in violation of 18 U.S.C. §§922(g)(1), 921(a) and 924(a)(2). Defendant was sentenced as a career offender within the meaning of U.S.S.G. § 4B1.1(a). As such, defendant is ineligible for a reduction in sentence. Accordingly,

Defendant's Motion for Modification or Reduction of Sentence (docket #27) is **DENIED**.

Date:   <u>July 18, 2011</u>                    <u>/s/ Robert Holmes Bell</u>
                                                ROBERT HOLMES BELL
                                                UNITED STATES DISTRICT JUDGE